E-FILED
Tuesday, 21 October, 2008  11:12:48 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **DONALD JONES,** ) | |
|         **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 07-2139** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
|         **Defendant.** ) | |

# REPORT AND RECOMMENDATION

In March 2007, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Donald Jones's application for disability insurance benefits. The ALJ based his decision on a finding that Plaintiff can perform some of his past relevant work.

In August 2007, Plaintiff filed a Complaint for Judicial Review (#5) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In May 2008, Plaintiff filed his Motion for Summary Judgment (#21). In July 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#24). After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment (#21) be denied.

Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#24)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 21st day of October, 2008.

                                                             s/ DAVID G. BERNTHAL
                                                             U.S. MAGISTRATE JUDGE