## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

---

| | |
|---|---|
| **DONALD JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2139 |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Reports and Recommendations (#25, #26) were filed by Magistrate Judge David G. Bernthal in the above cause on October 21, 2008. More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendations are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#25, #26) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#21) is DENIED.

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#24) is GRANTED

(4) This case is terminated.

ENTERED this 12th day of November, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE